NUMBER 13-04-173-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
DAVID DOUGLAS AND PATIENCE DOUGLAS,                    Appellants,

v.

RICHARD KEMP AND TINA KEMP,                                     Appellees.
____________________________________________________________________

On appeal from the County Court of Willacy County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, DAVID DOUGLAS AND PATIENCE DOUGLAS, perfected an appeal
from a judgment entered by the County Court of Willacy County, Texas, in cause
number 2622. After the notice of appeal was filed, appellant filed a motion to dismiss
the appeal. In the motion, appellants state that they no longer wish to prosecute this
appeal. Appellants request that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 7th day of October, 2004.